927 A.2d 94

IN THE MATTER OF FREDERICK R. PALUMBO,
AN ATTORNEY AT LAW.

July 13, 2007.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–299, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(E), **FREDERICK R. PALUMBO** of **MORRISTOWN**, who was admitted to the bar of this State in 1982, should be disbarred based on discipline imposed in the State of California for conduct that in New Jersey violates *RPC* 1.15(a) (knowing misappropriation of client trust funds) and

the principles of *In re Wilson,* 81 *N.J.* 451, 409 *A.*2d 1153 (1979) and *In re Hollendonner,* 102 *N.J.* 21, 26–27, 504 *A.*2d 1174 (1985);

And **FREDERICK R. PALUMBO** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **FREDERICK R. PALUMBO** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with Rule 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **FREDERICK R. PALUMBO** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.